1  Mark Block (SBN 115457)
2  mblock@wargofrench.com
   Jeffrey N. Williams (SBN 274008)
3  jwilliams@wargofrench.com
   WARGO & FRENCH LLP
4  1888 Century Park East, Suite 1520
5  Los Angeles, CA  90067
   Telephone: 310-853-6300
6  Facsimile: 310-853-6333
7
8  Attorneys for Defendants
   TWC Administration LLC and Time Warner NY Cable, LLC
9  (*additional attorneys listed on following page*)
10
                    **UNITED STATES DISTRICT COURT**
11                  **CENTRAL DISTRICT OF CALIFORNIA**
12
   GREGORY HILDEBRANDT,                    Lead Case No.  EDCV13-02276-JGB
13 individual, on behalf of himself, and on (DTBx)
   behalf of all persons similarly situated,
14                                         **DEFENDANTS' NOTICE OF**
                    Plaintiffs,            **MOTION AND MOTION FOR**
15                                         **SUMMARY JUDGMENT**
          v.
16                                         [Statement of Undisputed Facts,
   TWC ADMINISTRATION LLC, a               Memorandum of Points and
17 Limited Liability Company; TIME         Authorities, Declarations of Nathan
   WARNER NY CABLE, LLC; and               Chapman, Debbie Schoemann,
18 Does 1 through 50, inclusive,           Natisha Carn, and James Shaw, and
                                           Appendix of Declarations of Field
19                  Defendants.            Service Technicians and Supervisors
                                           filed concurrently herewith; Proposed
20                                         Order lodged concurrently herewith]

21 *Consolidated with:*                    Date: March 16, 2015
                                           Time: 9:00 a.m.
22 MARK CAMPBELL, individually and         Courtroom 1
   on behalf of all others similarly situated, Hon. Jesus G. Bernal
23
                    Plaintiff,
24
   v.
25
   TIME WARNER NY CABLE, LLC, a
26 Delaware Corporation and Does 1-50,
   inclusive,
27
                    Defendants.
28

---

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                              CV13-2276

1    Additional Attorneys for Defendants:

2    J. SCOTT CARR (SBN 136706)
3    scarr@wargofrench.com
     JOSEPH W. OZMER II (PRO HAC VICE)
4    jozmer@wargofrench.com
     NATHAN D. CHAPMAN (PRO HAC VICE)
5    nchapman@wargofrench.com
6    WARGO & FRENCH LLP
7    999 Peachtree Street, NE, 26th Floor
     Atlanta, GA 30309
8    Telephone:  (404) 853-1500
     Facsimile:  (404) 853-1501
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                                    CV13-2276

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 16, 2015, at 9:00 a.m., in Courtroom 1 of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, CA 92501, Defendants TWC Administration LLC and Time Warner NY Cable LLC (collectively "Defendants") will and hereby do move the Court for summary judgment against Plaintiffs Gregory Hildebrandt and Mark Campbell ("Plaintiffs") pursuant to Rule 56 of the Federal Rules of Civil Procedure.[1]

This Motion follows the conference of counsel pursuant to L.R. 7-3 on January 16, 2015, during which conference Defendants' counsel asserted their intention to move for summary judgment on all of Plaintiffs' claims.

This Motion is based upon this Notice of Motion and Motion for Summary Judgment, the attached Memorandum of Points and Authorities, the Statement of Undisputed Facts, Declarations of Nathan Chapman, Debbie Schoemann, Natisha Carn, and James Shaw, and Appendix of Declarations of Field Service Technicians and Supervisors filed concurrently herewith, the complete files and records in this action, and upon such other matters as the Court may allow.

Dated:  January 26, 2015                    WARGO & FRENCH LLP


                                            By: /s J. Scott Carr_____
                                                 J. Scott Carr

                                            Attorneys for Defendants
                                            TWC Administration LLC and
                                            Time Warner NY Cable LLC

---

[1] By order dated September 3, 2014, the Court has already dismissed Plaintiff Matthew Haan from this action.  [DE 33.]

## **PROOF OF SERVICE**

### **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Fulton, State of Georgia; I am over the age of 18 and not a party to the within action; my business address is 999 Peachtree Street, 26th Floor, Atlanta , Georgia 30309.

On January 26, 2015, I served **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on January 26, 2015, at Atlanta, Georgia.

/s Shirl Washington
Shirl Washington

---

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                                    CV13-2276

## SERVICE LIST

Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
BLUMENTHAL NORDREHAUG AND BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
*Attorneys for Plaintiff Hildebrandt*

James R. Hawkins
Gregory Mauro
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618

*Attorneys for Plaintiff Campbell*