Mark Block (SBN 115457)
mblock@wargofrench.com
Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 310-853-6300
Facsimile: 310-853-6333

Attorneys for Defendants
TWC Administration LLC and Time Warner NY Cable, LLC
*(additional attorneys listed on following page)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HILDEBRANDT, and MATTHEW HAAN, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION LLC, a Limited Liability Company; TIME WARNER NY CABLE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Lead Case No. EDCV13-02276-JGB (DTBx)<br><br><br><br><br><br>**DECLARATION OF JAMES SHAW** |

*Consolidated with:*

MARK CAMPBELL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

TIME WARNER NY CABLE, LLC, a Delaware Corporation and Does 1-50, inclusive,

Defendants.

---

DECLARATION OF JAMES SHAW                                CV13-2276

Additional Attorneys for Defendants:

J. SCOTT CARR (SBN 136706)
scarr@wargofrench.com
NATHAN D. CHAPMAN (PRO HAC VICE)
nchapman@wargofrench.com
JOSEPH W. OZMER II (PRO HAC VICE)
jozmer@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, GA 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1501

I, JAMES SHAW, declare as follows:

1. I am over the age of 18. I am employed as a Director, Human Resources for Time Warner Cable ("TWC" or the "Company") in California. As a Director, Human Resources, I have responsibility for human resources matters for among others, Field Service Technicians ("FSTs"). I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would competently testify thereto.

2. TWC's express written policy in the Employee Handbook provides that "[a]ll non-exempt hourly employees are responsible for accurately reporting all hours worked." An authentic duplicate of the relevant portions of TWC's Employee Handbook is attached hereto as Exhibit 1. *See* P35.

3. TWC's Employee Handbook also expressly states that "[e]mployees are required to provide complete and accurate information to management regarding worked and non-worked hours." *See* Exhibit 1 at P36.

4. TWC offers FSTs to the opportunity to participate in the "Home Start" program, which allows FSTs to choose whether they wish to take their Company vehicle home with them to use for their commute each day. It is entirely up to the individual FST whether to participate in the Home Start program and TWC advises each FST of this fact in person and through the written policy for the Home Start program, which expressly states the following:

> The following policy illustrates the process to be followed by Technicians that drive their company assigned vehicles home. This policy does not apply to technicians that do not drive their vehicles home or are assigned to other duties that require them to be in the office each morning.

An authentic duplicate of the Home Start policy is attached hereto as Exhibit 2.

5. Because the Home Start program is voluntary and, as such, FSTs are free to move in and out of the program as they wish, the Company does not track and cannot easily determine which FSTs have chosen to take or not take a Company van home on a historic basis or why FSTs made those decisions. For example, the Company's records do not track which FSTs initially chose to participate in the Home Start program but subsequently elected to stop taking the Company van home. Similarly, the Company's records do not track if an FST chose to park the Company van at the facility for extended periods of time and only occasionally chose to take the van home.

6.      As I testified to repeatedly in my deposition on August 28, 2014, the Company's policy, for as long as I can remember, is to make meal breaks available to all hourly employees in California, including FSTs, before the start of their fifth hour of work. (*See* pages 86-89 of my deposition transcript.)

7.      TWC's written meal break policy, which is also contained in the Employee Handbook, states that "[F]ull-time employees must take . . . a duty-free-meal period of at least 30 minutes after the first consecutive four to five hours of work." *See* Exhibit 1 at P39.

8.      TWC's actual practices with respect to FSTs conform to the stated policy requiring that FSTs commence their meal breaks before the start of the fifth hour of their shift. For example, the Company schedules FSTs to begin their meal break four (4) hours into their shifts every workday. Further, FST supervisors and managers are instructed to ensure that FSTs are in fact commencing their meal breaks before the start of the fifth hour of their shift. In the event that an FST does not take his meal break before the start of the fifth hour of work, the Company pays the FST a meal premium of one additional hour of pay.

9.      As a further reminder of the Company's meal break policy, TWC posts and has posted at all relevant times, California Industrial Welfare Commission Wage Order No. 1-2001 in its employee break rooms and/or lounge areas in its facilities, including the Ontario and Claremont facilities where Gregory Hildebrandt and Matthew Campbell worked.

10.     During my deposition on August 28, 2014, Plaintiff's counsel asked me various questions about a document titled "Employee Timekeeping Policy." An authentic duplicate of that document is attached hereto as Exhibit 3. I was not designated as a 30(b)(6) witness to provide testimony on that particular document, I did not author that document, and I was not familiar with the document at the time my deposition was taken. I have now had an opportunity to fully familiarize myself with that document.

11.     The "Employee Timekeeping Policy" states: TWC has an express, written policy providing that: "**Employees are never to clock out and keep working (working off the clock). Working off the clock is strictly prohibited.**" *See* Exhibit 3 at 2 (emphasis in original). The same policy also provides that "**Employees must never approve a timecard that is incorrect.**" *Id.* (emphasis in

1 | original).

2 | 12. The "Employee Timekeeping Policy" also states that "***Full time employees must take at***
3 | ***least a one-hour lunch break before 6 hours of their shift has elapsed.***" *Id.* (emphasis in original).
4 | This "Employee Timekeeping Policy" is not TWC's meal period policy. Rather, as stated above, the
5 | meal period policy is set forth in the Employee Handbook. Moreover, the language in the
6 | "Employee Timekeeping Policy" should not be interpreted as inconsistent with the actual meal break
7 | policy discussed above, but instead conveys that employees must *complete* their one-hour meal
8 | breaks before the sixth hour of work. In order to do so, employees must *begin* their one-hour meal
9 | breaks before the start of the fifth hour of work. This is consistent with the Company's actual meal
10 | break policy set for the in the Employee Handbook, as well as the actual practice with respect to
11 | scheduling FST meal breaks, as described above. In fact, I am not aware of any employee
12 | expressing any confusion as to the requirement that meal breaks commence by the start of the fifth
13 | hour of work as a result of the "Employee Timekeeping Policy" or otherwise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2015 in _____, California.

JAMES SHAW

DECLARATION OF JAMES SHAW        CV13-2276

# EXHIBIT 1

and evaluate performance and to identify developmental needs. The employee evaluation plays an important role in helping to determine compensation and future assignments. Because Time Warner Cable rewards performance, wage increases are based on individual performance and are not guaranteed.

Generally, your performance will be reviewed once each year. The employee evaluation and performance management discussions are intended to evaluate your performance on the basis of the objectives of your position. Performance management discussions can include an evaluation of your work quality and quantity, professional behavior, attendance, dedication to teamwork and customer service, as well as other topics relevant to your position. During the performance management discussion, you are encouraged to speak freely, ask questions, and make suggestions. If you believe that your performance discussion is overdue, you should notify your supervisor or HR Business Partner.

### Merit Reviews

Employee wages are reviewed annually and at the same time for all West Region employees during the performance evaluation cycle. Many factors are taken into consideration regarding merit pay reviews, such as performance, attendance, length of service, degree of job responsibility, knowledge and skills for your position, and adherence to the company's core values.

### Effective Time-Keeping Rules



All nonexempt (hourly) employees are responsible for accurately reporting all hours worked. On-call employees are held accountable for reporting the time they start responding to a work request and the time that the work is completed.

Please understand that falsification of company timecards, including overtime hours worked, start and end times, meal and break periods, commission payout records, scorecard manipulation, or mileage/entertainment reimbursement requests may result in immediate termination.

Likewise, it is never permissible for an employee to record time for another employee. Recording time for another employee is considered falsification of documents and may subject both employees to immediate termination.

The Kronos Timecard Approval policy may be found by clicking on the following link:

http://www.twcable.com/LinkClick.aspx?fileticket=NorB5adlA7I%3d&tabid=44418



**Payment of Wages**

The standard Time Warner Cable workweek is Friday-Thursday. Employees are paid every other Thursday for regular hours worked during the applicable preceding two-week pay period. Employees in "nonexempt" status are paid every other Thursday for hours worked through the immediately preceding Thursday; "exempt" employees are paid on the same payday (every other Thursday) for work performed through the current workweek. Overtime pay, commissions and other non-regular compensation may not be paid until the next regular pay cycle or after complete documentation has been received and processed by payroll.

If a regular payday falls on a holiday, employees will be paid on the immediately preceding regular business day (Monday-Friday). Company policy prohibits payroll advances, personal loans, and vacation cash-outs. (Vacation and/or personal day payouts will be provided for accrued but unused vacation time upon termination of employment in accordance with legal requirements.) Employees are encouraged to take advantage of the direct deposit program, which may be easily accessed through Employee Self-Service to make their banking-related transactions more efficient and convenient.

Employees are required to provide complete and accurate information to management regarding worked and non-worked hours. Each department designates the methods for recording time worked; generally either by work station computer, or telephone. All employees should familiarize themselves with their department's method and follow all established procedures. Any problems with access (i.e., computer or telephone not functioning) must be reported to a member of management promptly.

All employees should review every paycheck received whether on line through Employee Self-Service or on their printed pay stub to confirm that their pay and other information are accurate. Employees may also check payroll information by logging onto the Employee Self-Service (ESS) website. Employees must report inaccuracies to your supervisor immediately and ask your supervisor/manager or HR Business Partner if you have questions regarding your pay.

**Payroll Deductions**

Before you receive your paycheck, various deductions are taken from your total gross earnings. Some of these deductions are required by law; others may be specifically authorized by you, such as amounts to be paid for insurance benefits. Those required by law are:

- **Federal and State Income Tax**

The amount withheld depends upon your income and the number of dependents claimed on the Federal withholding form (W4) and State (if applicable) withholding forms.

- **Federal Insurance Compensation (Social Security)**

If the problem cannot be resolved over the phone and is an emergency that cannot wait until the next day, the employee must return to the jobsite as quickly as possible and generally within one to two hours.

Employees on standby / on-call duty will be paid for all hours they are required to work. This includes time spent assessing and resolving problems over the phone and all time spent on a call back to the jobsite. Work conducted while on standby should be recorded in minimum increments of 15 minutes of time. For example, an employee who spends 10 minutes responding to a page and assessing a problem over the phone should record 15 minutes of time on his or her timecard. Similarly, an employee who spends six minutes on one call and seven minutes on another call should record 15 minutes of time on his or her timecard.

In addition to compensation for hours actually spent working, employees on standby may receive a daily stipend, provided they remain available and fit for duty and respond to a call and/or call back within a reasonable period of time, as set forth in the applicable guidelines.

Hours spent on standby duty but not actually worked do not count toward the total number of hours worked in determining entitlement to overtime. However, the standby stipend is included in the regular rate for purposes of determining overtime compensation. Employees on a West Region-approved vacation or who call in sick should be taken off the standby schedule and are therefore not eligible for standby pay.

**Rest Breaks and Meal Periods**



If you are a nonexempt employee in California, for every four (4) hours or major fraction of four (4) hours that you work, you are entitled to one 10-minute break. Breaks are considered time worked and are not deducted from your time on the clock.

Lunch periods are one hour (unless specified differently by your department) and are not considered time worked. Your supervisor will advise you of your individual schedule for lunch and breaks.

Management may authorize a reduced meal period. However, an employee may not "work through" or waive his/her right to mealtime or break periods; full-time employees must take a rest period of at least ten minutes for each four-hour work period and a duty-free-meal period of a least 30 minutes after the first consecutive four to five hours of work. All nonexempt employees should notify and coordinate with their supervisor to take their breaks and meal periods as required.

Special Note: All differentials and other types of special pay must be approved in advance by the functional Vice President, Vice President of Human Resources and/or the Region Vice President of Human Resources. No individual supervisor or manager has the authority to guarantee any form of pay.

# EXHIBIT 2



**South Division – Technical Operations**

# Field Technician Home Start Policy
### Revised February 12th, 2010

The following policy illustrates the process to be followed by Technicians that drive their company assigned vehicles home. This policy does not apply to technicians that do not drive their vehicles home or are assigned to other duties that require them to be in the office each morning.

1. Beginning of Shift
   a. Arrive in the city you're working in, no later than the beginning of your shift.
   b. Log into Teletime and punch in.
   c. Contact the first two customers in your first time frame (i.e., you work 8:00 a.m. to 5:00 p.m., call the first two 8-10 jobs) and give them an approximation of when you will be arriving at their home.
   d. Log into Work Assure and enter an ETA to your first job and arrive within 10 minutes after logging into Teletime.
   e. Upon arriving at first job, log into WorkAssure and show "on job".

2. Lunch Break 1-Hour (Out)
   a. After completion of last morning call, close job out through WorkAssure.
   b. Indicate ETA to first afternoon appointment. This should be one hour from close out of last job.
   c. Log into Teletime and punch out.
   d. Lunch break must be taken within immediate assigned area.

3. Lunch Break (In)
   a. One hour after last time-stamp, log into Teletime and punch in from lunch.
   b. Must arrive at next job within 10 minutes after lunch.

4. End of Shift
   a. Upon completion of last afternoon job:
      i. Contact Dispatch to ensure there are no other jobs in the pool. If there are no jobs to be picked up:
      ii. If there are no other jobs to be picked up then "**Contact your Supervisor**" or assigned area Supervisor for additional work or direction on what to do next.
      iii. Drop off any CODs collected to nearest drop location.
      iv. The Technician must remain in the city or system he is working in until the end of his shift unless directed by supervisor.
      v. Under no circumstance should you leave your area to go home without clocking out, unless you have an email from your supervisor directing you to do so.
      vi. At end of shift, if you have received approval to leave, you will punch out in Teletime and proceed straight home (use of Company vehicle policy applies).

CONFIDENTIAL: PRODUCED PURSUANT TO PROTECTIVE ORDER　　　　　TWC000430

# EXHIBIT 3



## EMPLOYEE TIMEKEEPING POLICY

Time Warner Cable recognizes a legal obligation to maintain accurate and comprehensive payroll records for all employees. For non-exempt employees, all time worked, benefit hours utilized, and leave time utilized is recorded. For exempt employees, all exception time including benefit hours and leave time utilized is recorded. These records are collected and maintained through the electronic system Kronos.

The time record reflects the following information:

Non-exempt Employee

- Time and date of the employee's workday
- The time intervals that the employee is working (known as "on the clock")
- Time intervals for lunch breaks ("off the clock")
- Total hours worked each workweek
- Total regular or straight-time hours
- Total overtime hours for the day and workweek
- Holiday, vacation, and other time-off, whether paid or unpaid
- Dates of the pay period
- Employee approval of the timecard
- Supervisor approval of the timecard

Exempt Employee

- Dates of the employee's normal work schedule
- Holiday, vacation, and other time-off, whether paid or unpaid
- Dates of the pay period
- Employee approval of the timecard
- Supervisor approval of the timecard

Both exempt and non-exempt employees use the electronic timecard system (Kronos) to track paid work time and payment of accrued benefit time. The actual method of accessing this system (personal computer, telephone, etc.) varies depending upon the department and employee location. The electronic timecard must be approved at the end of each pay period by both the employee and the supervisor. The "electronic signature" in Kronos acts the same as a written signature and it indicates that both the employee and the supervisor have reviewed the recorded hours and acknowledge that the record is correct; reflecting all hours worked and benefit time utilized.

All employees involved in the creation and maintenance of these records must take special care to ensure accuracy. Additionally, all records associated with the payment of wages must be stored and maintained in a manner consistent with Time Warner Cable policies designed to guarantee adherence to legal requirements.

Misrepresentation of hours worked, forgery, or other tampering with these records is a violation of the law. Any employee found to have engaged in this behavior may be subject to corrective action, up to and including termination of employment.

By signing Annual Employee Acknowledgment Form, the employee acknowledges the following:

1. The employee understands the Timekeeping Policy and Procedures.
2. The employee agrees to be responsible for monitoring the timecard and keeping it up-to-date during each pay period.
3. The employee will take the required, scheduled breaks.
4. The employee will approve the timecard at the end of every pay period.
5. The employee will request timecard corrections in writing from the supervisor within one pay period of the date of an error or the date that an error was first noticed.

## Timecard Creation and Record Maintenance Procedure

Employees and supervisors are responsible for ensuring timecards accurately and completely reflect all time worked, benefit and leave time taken by each employee every pay period.

### Non-exempt Employees

**Employee Responsibilities**

Employees must take care to "clock in" and "clock out" to designate work periods "on the clock" and break time "off the clock". Supervisors must enter missed punches and any paid time off taken for sick, vacation, or personal time. Individual timecard responsibilities are listed below.

- Punch in at the beginning of the shift and after a lunch break.
- Punch out before lunch and at the end of the day.
- Notify the supervisor of any missed punches in writing before the end of the pay period.
- Verify that the timecard is correct.
    - <u>If the timecard is correct</u>: approve the timecard in Kronos at the end of the pay period (before 9:00 a.m. on the Friday following a pay period end date).
    - <u>If the timecard is incorrect</u>: notify the supervisor of the needed corrections.
- Compare totals on the employee paycheck to the totals in Kronos and notify the supervisor of any discrepancy in writing before the end of the following pay period.

**Note:**

*Employees are never to "clock out" and keep working ("working off the clock"). Working off the clock is strictly prohibited.*

*Full time employees must take at least a one-hour lunch break before 6 hours of their shift has elapsed.*

**Employees working up to 5 hours must take one 15 minute paid rest break. Employees working more that 6 hours must take a minimum 30 minute unpaid lunch break and two 15 minute paid rest breaks.**

*Employees must never approve a timecard that is incorrect.*

**Supervisor Responsibilities**

- Ensure each non-exempt employee has a current schedule in Kronos. Review and update the schedule if there is a shift or supervisor change.
- Monitor Kronos daily to see if punches are missed and contact the affected employee.
- Enter missed punches the same day of notification by employee, utilizing the procedure outlined below.
- Monitor Kronos and employee work to ensure that employees are taking unpaid lunch breaks.
- Monitor employee work to ensure employees are taking paid rest breaks.
- Enter time off (sick, vacation, leave time) during each pay cycle.
- Verify that all employees have approved their timecards at the end of every pay period.
- Add the supervisor approval if the timecard is correct and the employee has approved.
- Follow the timecard correction procedures below when necessary.

**Timecard Correction Procedures (nonexempt employees)**

*All correction or missed-punch notifications must be in writing.*

  ➢ *If the written change/correction request is received before the end of the pay period:*

   The supervisor will enter the correction and maintain the written record until the employee approves the time card at the end of the pay period.

  ➢ *If the supervisor receives the written change request on the last day and the correction can be made electronically before the pay period sign off deadline (see calendar). The supervisor should:*

   1. Ask the employee to remove his/her timecard approval in Kronos (if already approved).
   2. Enter the correction on the timecard and save.
   3. Ask the employee to view his/her timecard. If it is correct, the employee should add his/her approval.
   4. Verify the new approval and then approve the timecard in Kronos.

  ➢ *If the supervisor receives the written change request after the deadline (see calendar), the supervisor should:*

   1. Ask the employee to complete an historical edit form detailing only the correction to be made. The employee should email the historical edit to his/her supervisor or bring the signed form to the supervisor.
   2. Approve the historical edit and forward the form to Payroll Shared Services.
   3. Print the historical edit (and the email if applicable). These records should be maintained in the supervisor file for each employee.
   4. Keep the printed historical edit in the supervisor working file for a minimum of three years. Upon termination, these records should be stored in the personnel file maintained in Human Resources.

## Employee Unavailable to Approve (non exempt employees)

*If the timecard is submitted without the employee's approval (example: employee went home sick or is on leave of absence). The supervisor should:*

1. Approve the timecard in Kronos.
2. Print the approved timecard.
3. Save the printed timecard and have the employee sign the printed timecard at the earliest opportunity. If employee signature can not be acquired within 1 week, notify the Human Resources Business Partner.
4. Keep the printed and signed timecard in the supervisor working file for a minimum of three years. Upon termination, these records should be stored in the personnel file maintained in Human Resources.

### Nonexempt Pay Periods and Timecard Approval Dates 2008

| NONEXEMPT PAYROLL CALENDAR 2008 | | |
|---|---|---|
| Pay Period | Timecard Approval Date * | Pay date |
| 01/11/08 - 01/24/08 | 01/25/08 | 01/31/08 |
| 01/25/08 - 02/07/08 | 02/08/08 | 02/14/08 |
| 02/08/08 - 02/21/08 | 02/22/08 | 02/28/08 |
| 02/22/08 - 03/06/08 | 03/07/08 | 03/13/08 |
| 03/07/08 - 03/20/08 | 03/21/08 | 03/27/08 |
| 03/21/08 - 04/03/08 | 04/04/08 | 04/10/08 |
| 04/04/08 - 04/17/08 | 04/18/08 | 04/24/08 |
| 04/18/08 - 05/01/08 | 05/02/08 | 05/08/08 |
| 05/02/08 - 05/15/08 | 05/16/08 | 05/22/08 |
| 05/16/08 - 05/29/08 | 05/30/08 | 06/05/08 |
| 05/30/08 - 06/12/08 | 06/13/08 | 06/19/08 |
| 06/13/08 - 06/26/08 | 06/27/08 | 07/03/08 |
| 06/27/08 - 07/10/08 | 07/11/08 | 07/17/08 |
| 07/11/08 - 07/24/08 | 07/25/08 | 07/31/08 |
| 07/25/08 - 08/07/08 | 08/08/08 | 08/14/08 |
| 08/08/08 - 08/21/08 | 08/22/08 | 08/28/08 |
| 08/22/08 - 09/04/08 | 09/05/08 | 09/11/08 |
| 09/05/08 - 09/18/08 | 09/19/08 | 09/25/08 |
| 09/19/08 - 10/02/08 | 10/03/08 | 10/09/08 |
| 10/03/08 - 10/16/08 | 10/17/08 | 10/23/08 |
| 10/17/08 - 10/30/08 | 10/31/08 | 11/06/08 |
| 10/31/08 - 11/13/08 | 11/14/08 | 11/20/08 |
| 11/14/08 - 11/27/08 | 11/28/08 | 12/04/08 |
| 11/28/08 - 12/11/08 | 12/12/08 | 12/18/08 |

*Employee & supervisor approvals to be entered in Kronos before 10:00 a.m. on this date.

## Exempt Employees

### Employee Responsibilities

- Week 1 of the pay period: enter all benefit time to be used during the current pay period into Kronos and approve the timecard by 9:00 a.m. Friday (reminder emails are sent).
- Week 2 of the pay period: submit an historical edit for any benefit time used during the pay period that was not entered before the timecard was approved.
- Review the time card each pay period to ensure that all benefit time is accurately reflected. If benefit time is inaccurate, complete an historical edit form and forward to your supervisor for approval.
- Review the benefit time accruals in Kronos to ensure accuracy.

### Supervisor Responsibilities (exempt employees)

- Review the time card each week to ensure all benefit time is properly recorded
- Approve the time card each pay period _after_ the employee has approved it. This approval takes place every other Friday by 10:00 a.m., one week prior to the end of the exempt pay period (reminder emails are sent).
- Follow the timecard correction procedures below when necessary.

### Timecard Correction Procedures (exempt employees)

_Any changes after the Week 1 of the pay period must be provided to the supervisor on an historical edit form._

> ➤ _If the supervisor notices a need for a change to the time card, the following action must be taken:_

1. Request an historical edit form from the employee.
2. Approve the historical edit and forward the form to Payroll Shared Services.

### Employee Unavailable to Approve (exempt employees)

_If the supervisor must submit a timecard with benefit time or other changes without the employee's approval (example: employee went home sick or is on leave of absence), the supervisor should:_

1. Prepare and submit an historical edit form to Payroll Shared Services.
2. Save the historical edit form and have the employee sign at the earliest opportunity. If employee signature can not be acquired within 1 week, notify the Human Resources Business Partner.
3. Keep the printed and signed historical edit form in the supervisor working file for a minimum of three years. Upon termination, these records should be stored in the personnel file maintained in Human Resources.

## Exempt Pay Periods and Timecard Approval Date

| EXEMPT PAYROLL CALENDAR 2008 | | | |
|---|---|---|---|
| Pay Period | | "My Timecard" Approval Date * | Pay date |
| 01/18/08 | - 01/31/08 | 01/25/08 | 01/31/08 |
| 02/01/08 | - 02/14/08 | 02/08/08 | 02/14/08 |
| 02/15/08 | - 02/28/08 | 02/22/08 | 02/28/08 |
| 02/29/08 | - 03/13/08 | 03/07/08 | 03/13/08 |
| 03/14/08 | - 03/27/08 | 03/21/08 | 03/27/08 |
| 03/28/08 | - 04/10/08 | 04/04/08 | 04/10/08 |
| 04/11/08 | - 04/24/08 | 04/18/08 | 04/24/08 |
| 04/25/08 | - 05/08/08 | 05/02/08 | 05/08/08 |
| 05/09/08 | - 05/22/08 | 05/16/08 | 05/22/08 |
| 05/23/08 | - 06/05/08 | 05/30/08 | 06/05/08 |
| 06/06/08 | - 06/19/08 | 06/13/08 | 06/19/08 |
| 06/20/08 | - 07/03/08 | 06/27/08 | 07/03/08 |
| 07/04/08 | - 07/17/08 | 07/11/08 | 07/17/08 |
| 07/18/08 | - 07/31/08 | 07/25/08 | 07/31/08 |
| 08/01/08 | - 08/14/08 | 08/08/08 | 08/14/08 |
| 08/15/08 | - 08/28/08 | 08/22/08 | 08/28/08 |
| 08/29/08 | - 09/11/08 | 09/05/08 | 09/11/08 |
| 09/12/08 | - 09/25/08 | 09/19/08 | 09/25/08 |
| 09/26/08 | - 10/09/08 | 10/03/08 | 10/09/08 |
| 10/10/08 | - 10/23/08 | 10/17/08 | 10/23/08 |
| 10/24/08 | - 11/06/08 | 10/31/08 | 11/06/08 |
| 11/07/08 | - 11/20/08 | 11/14/08 | 11/20/08 |
| 11/21/08 | - 12/04/08 | 11/28/08 | 12/04/08 |
| 12/05/08 | - 12/18/08 | 12/12/08 | 12/18/08 |

*Employee & supervisor approvals to be entered in Kronos before 10:00 a.m. on this date.