UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | EDCV 13-02276-JGB (DTBx) |
| Date | June 6, 2016 |
| Title | Gregory Hildebrandt v. TWC Administration LLC, et al. |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kyle Nordrehaug | Nathan D. Chapman |
| Gregory E. Mauro | |

**Proceedings:**   **Plaintiff's Motion for Final Approval of Class Action Settlement [76]**
**Motion for Attorneys Fees, Costs, and Service Awards [75]**

The case is called and counsel state their appearances. The Court confers with counsel regarding the motion and orders counsel to file a joint status report by no later than 8/21/2016, at which time the court will rule on the motion.

IT IS SO ORDERED.

Time: <u>00:07</u>
Clerk Initials: MG