BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone:(858)551-1223
Facsimile:(858)551-1232

Attorneys for Plaintiffs

J. Scott Carr
Nathan D. Chapman
KABAT CHAPMAN & OZMER LLP
171 17th Street NW
Suite 1550
Atlanta, Georgia 30363
Telephone: 470-447-0600
E-mail: scarr@kcozlaw.com

Attorneys for Defendants
TWC ADMINISTRATION LLC and
TIME WARNER NY CABLE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HILDEBRANDT, individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION LLC, a Limited Liability Company; TIME WARNER NY CABLE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 13-02276 JGB (DTBx)<br><br>Assigned to: Hon. Jesus Bernal<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

*Consolidated with:*

MARK CAMPBELL, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

TIME WARNER NY CABLE, LLC, a Delaware Corporation and Does 1-50, inclusive,

        Defendants.

    Plaintiffs GREGORY HILDEBRANDT and MARK CAMPBELL ("Plaintiffs") and Defendants TWC ADMINISTRATION LLC and TIME WARNER NY CABLE LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Status Report Regarding Settlement and state to the Court as follows:

    The parties reached an agreement to fully settle all claims in this consolidated action (the "Settlement") on or around October 27, 2015.  Plaintiffs filed their Notice of Motion and Motion for Preliminary Approval of Class Settlement on October 30, 2015.  [Dkt. No. 68.]  On January 11, 2016, the Court entered an Order granting Plaintiffs' motion for preliminary approval.  [Dkt. No. 73.]  On March 11, 2016, Plaintiffs filed their Notice of Motion and Motion for Attorneys' Fees, Costs and Service Awards ("Motion for Fees").  [Dkt. No. 75.]  On May 9, 2016, Plaintiffs filed their Notice of Motion and Motion for Final Approval of Class Settlement ("Motion for Final Approval").  [Dkt. No. 76.]  On May 18, 2016, Defendants filed a Notice of Non-Opposition to Plaintiffs' Motion for Fees and Plaintiffs' Motion for Final Approval.  [Dkt. No. 79.]  On June 6, 2016, the Court held a hearing regarding Plaintiffs' pending motions.  The motion for final approval [Doc. No. 76] and the motion for attorneys' fees and costs [Doc. No. 75] were continued to allow the statutory time for CAFA notice to elapse.  The 90 days under CAFA have now

elapsed. The Court directed the parties to submit a joint status report by no later than August 21, 2016, and inform the Court whether any objections to the settlement had been lodged. [Dkt. No. 80.]

As of the date of filing the instant Report, no person or entity has lodged an objection to the Settlement with the Court. Further, the parties' counsel have also not received notice of any objections to the Settlement through any other means. Accordingly, Plaintiffs' Motion for Fees and Motion for Final Approval remain unopposed and are ripe for the Court's consideration.

Dated: August 19, 2016

BLUMENTHAL, NORDREHAUG & BHOWMIK

By    */s/Kyle Nordrehaug*
KYLE NORDREHAUG
Attorney for Plaintiffs

Dated: August 19, 2016

KABAT CHAPMAN & OZMER LLP

By    */s/J. Scott Carr*
J. SCOTT CARR
Attorney for Defendants